JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN APPLEGATE, aka SEAN STYLES,<br><br>    Petitioner,<br><br>  vs.<br><br>L.S. MCEWEN, Warden,<br><br>    Respondent. | Case No. CV 11-3928-PA (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: April 26, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE